IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES BARTON,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSHUA YOUNG, in their individual capacities; STOUT, Cpl., in their individual capacities; and DUSTIN BOWERS, in their individual capacities;<br><br>  Defendants. | **8:24CV180**<br><br>**ORDER** |

This matter is before the Court for case management. A review of the Nebraska Department of Correctional Services' online inmate records indicates that Plaintiff is currently confined in the Omaha Correctional Center, not the Reception and Treatment Center as is listed on the docket sheet. *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited Dec. 3, 2025). The Court will direct the Clerk of the Court to update Plaintiff's address accordingly. However, Plaintiff is advised that he must keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to update Plaintiff's address to the Omaha Correctional Center.

2. Plaintiff must keep the Court informed of his current address at all times. Failure to do so may result in dismissal of this case.

Dated this 3rd day of December, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge